# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY LAMONT DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Case No. 10-761 (RJL) |
| | ) | |
| JAMES N. CROSS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the memorandum opinion issued this date, it is hereby

**ORDERED** that the United States' Motion to Dismiss Petitioner's Petition for a Writ of

Habeas Corpus and Addendum, ECF No. 6, is **GRANTED**.

**SO ORDERED** this 27th day of March 2011.

RICHARD J. LEON
United States District Judge